UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ERICA WITTEN, | ) | CASE NO. 1:17 CV 555 |
| Plaintiff, | ) ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) | ORDER OF DISMISSAL |
| ALLSTATE INSURANCE COMPANY, et al., | ) ) | |
| Defendants. | ) | |

On March 17, 2017, plaintiff *pro se* Erica Witten, of Euclid, Ohio, filed this personal injury action against defendants Allstate Insurance Company and Regina L. Kavaras. Defendant Kavaras is identified as a resident of Wickliffe, Ohio. Plaintiff cites diversity of citizenship as the basis for this court's jurisdiction.

Without regard to the whether plaintiff states an otherwise valid claim for relief, it is clear on the face of the complaint that there is not complete diversity of citizenship of the parties. The court therefore lacks jurisdiction over this matter. *See Caudill v. North America Media Corp*, 200 F.3d 914, 916 (6th Cir. 2000).

Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED.


Dated: March 21, 2017         *s/    James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE