UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ERICA WITTEN, | ) | CASE NO. 1:17 CV 555 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| ALLSTATE INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Order of Dismissal in this case, it is therefore ORDERED that this action is dismissed.

Dated: March 21, 2017          *s/   James S. Gwin*
                               JAMES S. GWIN
                               UNITED STATES DISTRICT JUDGE